Tampa, FL, R. Fletcher Peacock, Tampa, FL, for Appellant.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Appellee.

Before BIRCH, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

John Lee Stover, appeals his conviction under section 924(c) of Title 18 of the United States Code for using or carrying a firearm during and in relation to a crime of violence. Stover argues, for the first time on appeal, that section 924(c) is unconstitutional because it exceeds the power of Congress under the Commerce Clause. Because we have previously held that section 924(c) was validly enacted under the commerce clause power, *see United States v. Ferreira,* 275 F.3d 1020, 1028 (11th Cir. 2001), and we have no authority to revisit that decision, *see Cargill v. Turpin,* 120 F.3d 1366, 1386 (11th Cir.1997), we affirm.

AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Gustavo Paz DE LA CRUZ, Defendant–Appellant.**

No. 04–14979
Non–Argument Calendar.
D.C. Docket No. 03–00281–
CR–T–23–EAJ.

United States Court of Appeals, Eleventh Circuit.

Oct. 25, 2005.

Todd B. Grandy, Tampa, FL, for Plaintiff–Appellee.

Ronald S. Tulin, Plant City, FL, for Defendant–Appellant.

Before TJOFLAT, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Ronald S. Tulin, appointed counsel for Gustavo Paz De La Cruz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and De

154

La Cruz's conviction and sentence are **AFFIRMED.**